```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
CARLOS DIAZ,                                              :     23-CV-03800 (KPF) (RWL)
                                                          :
                             Petitioner,                  :
                                                          :
            - against -                                   :     **ORDER**
                                                          :
                                                          :
PEOPLE OF THE STATE OF NEW YORK,                          :
                                                          :
                             Respondent.                  :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge:**

      Respondent filed its opposition to the Petition on October 13, 2023.  Petitioner shall file any reply no later than January 15, 2024.  The Clerk of Court is respectfully directed to mail a copy of this order to Petitioner and note service on the docket.

      SO ORDERED.

Dated:  October 13, 2023
          New York, New York

                                                     Robert W. Lehrburger
                                                   United States Magistrate Judge

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Petitioner:

Carlos Diaz
16-A-0371
Clinton Correctional Facility
P.O. Box 2001
Dannemora, NY 12929

And to:

Antwyne Lucas
17-A-5171
Clinton Correctional Facility
P.O. Box 2001
Dannemora, NY 12929