USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARLOS DIAZ,                                     :        23-CV-03800 (KPF) (RWL)
                                                 :
                Petitioner,                :
                                                 :
     - against -                             :        **ORDER**
                                                 :
                                                 :
PEOPLE OF THE STATE OF NEW YORK,                 :
                                                 :
                Respondent.                :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge:**

       On October 13, 2023, the Court granted Plaintiff's application for appointment of pro bono counsel. To date, no pro bono counsel has been appointed. Accordingly, the Clerk of the Court is directed to assign an attorney from the CJA Habeas Panel.

       The Court ordered appointment of counsel because one of the issues concerns Plaintiff's fitness for trial. The Government filed its opposition to the petition on October 12, 2023. Plaintiff's response currently is due January 15, 2024. To permit time for CJA counsel to be appointed, the Court sua sponte extends Plaintiff's time to respond to March 15, 2024.

       The Clerk of the Court is respectfully directed to mail a copy of this Order to Mr. Diaz and show service on the docket.

SO ORDERED.

Dated:  December 1, 2023
            New York, New York

_____
Robert W. Lehrburger
United States Magistrate Judge