```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARLOS DIAZ,                                     :
                                                 :    23-CV-3800 (KPF) (RWL)
                            Petitioner,          :
                                                 :           ORDER
            - against -                          :
                                                 :
PEOPLE OF THE STATE OF NEW YORK,                 :
                                                 :
                            Respondent.          :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The record submitted to the Court at Dkt. 17 mentions three sets of psychological evaluation reports. Those include (i) reports submitted to the trial court on March 13, 2014 (Dkt. 17 Ex. 2.); (ii) a report submitted by the psychologist retained by the State, dated October 6, 2014 (Dkt. 17 Ex. 4); and (iii) two reports submitted to the trial court on June 23, 2015 (the "June 2015 Reports") (Dkt. 17 Ex. 6). The Court has been unable to find in the record any hearing, application, or other discussion relating to the June 2015 Reports.

Accordingly, by **April 11, 2025,** the parties shall file a letter to the Court identifying any references of the June 2015 Reports in the record. If not self-evident from any such references, or if there are no such references, the parties shall explain their understanding of whether and to what extent the June 15 Reports were considered or addressed in the pretrial proceedings.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 2, 2025
      New York, New York

Copies transmitted this date to all counsel of record.  The Clerk of Court is directed to mail a copy of the Order to Petitioner.